BEFORE THE SECOND DIVISION, AUGUST 2, 1946

**No. 51256.**—Protests 114026–K, etc., of Frieman Knit Wear Co. (New York).

Opinion by TILSON, J. The only evidence before the court was a sample of the imported merchandise and the sworn statement of the examiner that the sample is an infant's bootee and that in his opinion it is not footwear. It was held that an examination of the sample, in the light of the authorities on the subject, is not sufficient to overcome the presumption of correctness in favor of the classification made by the collector. The protests were therefore overruled.

**No. 51257.**—Protests 959486–G, etc., of Sears, Roebuck & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51258.**—Protests 35743–K, etc., of Haddad & Sons et al. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

**No. 51259.**—Protests 50478–K, etc., of Franco-Belgium Importing Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

**No. 51260.**—Protest 865926–G of Balfour, Guthrie & Co., Ltd. (New York).